# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| BUFETE SOSA Y SOSA<br>APARTADO POSTAL 1389<br>MAYAGUEZ, PR 00681 | CLERK, U.S.BANKRUPTCY COURT<br>UNCLAIMED MONEY<br>, 00000 |
| COOP A/C DE MAYAGUEZ<br>PO BOX 416<br>MAYAGUEZ, PR 00681-0416 | JOSE M RODRIGUEZ<br>HC 2 BOX 10376<br>MAYAGUEZ, PR 00680-9205 |
| LCDO NELSON VELEZ<br>114 CALLE DR VEVE SUITE 108<br>SAN GERMAN, PR 00683-4163 | |
| JOSE M RODRIGUEZ<br>HC 2 BOX 10376<br>MAYAGUEZ, PR 00680-9205 | |

DATED: May 07, 2012

S/ MARIO MATOS
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1   - CASE NO.   09-01895-EAG